```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
KENNETH TYRONE BROWN SR.,

                Plaintiff,

        - against -                         **ORDER**
                                            **15-CV-1278 (ARR) (MDG)**
THE CITY OF NEW YORK, et al.,

                Defendants.
---------------------------------X
```

**GO, United States Magistrate Judge:**

   Plaintiff pro se and in forma pauperis Kenneth Tyrone Brown Sr. brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that defendants violated his due process rights in connection with his detention pursuant to a parole warrant. See ct. doc. 8 (Am. Compl.) at 8-10. By order dated March 10, 2015, this action was transferred to this Court from the United States District Court for the Southern District of New York. See ct. doc. 10.

   On March 17, 2015, summonses were issued as to Parole Officer Burke and Senior Parole Officer Neely to be served at 92-36 Merrick Boulevard, Jamaica, New York, but were returned unexecuted and marked, "W/ Not Accept Must Serve Central Office Albany, N.Y." See ct. docs. 16, 17. Pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d. Cir. 1997) (per curiam), the Court requests that the Attorney General for the State of New York provide the full names of defendants Neely and Burke and correct address for service or agree to accept service on their behalf by June 8, 2015. The Attorney General need not undertake to defend or indemnify these individuals at this juncture. This Order merely provides a means by which plaintiff may properly serve these

defendants.  Once this information is provided, the Court shall direct that summonses be issued, that service be made on the defendants, and the Amended Complaint be deemed amended to reflect the full names of defendants Neely and Burke.  In any event, since this Court has been assigned to other cases where service was not been accepted by a local parole office, the Attorney General must provide the address for the "Central Office" in Albany, New York.

The Clerk of Court is requested to send a copy of this order and the complaint to the New York State Attorney General and the plaintiff.  No summons shall issue at this time.  The plaintiff must make sure that the Clerk's Office has his current address and other contact information.  If any contact information changes, the plaintiff must promptly notify the Clerk's Office so that the court and the defendant are able to contact him.  If the plaintiff fails to provide accurate and current contact information to the Court, he may not learn about important developments in the case, and may risk the dismissal of the lawsuit.

For information regarding court procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

**SO ORDERED.**

/s/_____
MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE

Dated:     May 20, 2015
           Brooklyn, New York